## E. F. McDonald & Company, Appellee, v. Drexel Motor Livery Company et al. On Appeal of W. J. Kalus.

### Gen. No. 23,046.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917. Rehearing denied July 16, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action of replevin by E. F. McDonald & Company, a corporation, plaintiff, against the Drexel Motor Livery Company, a corporation, W. J. Kalus and John Doe, defendants. From a judgment finding the right to the replevined property in the plaintiff, defendant Kalus appeals.

WILLIAM H. FISH, for appellants.

NINDE, POTTER & RIGBY, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 864*—*when record not searched for matters not in abstract.* The abstract is the pleading of the party, and the record will not be searched for any matter not appearing in the abstract.

2. APPEAL AND ERROR, § 1284*—*when presumed that trial court decided that notes and mortgage were sufficient to give plaintiff in replevin possession.* In an action of replevin, where plaintiff claims the right of possession by virtue of the "insecurity clause" in a chattel mortgage given by one of the defendants upon the property taken under the writ, and neither the mortgage nor the notes secured by it appear in the record, it will be assumed that the trial

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

court, which had the notes and mortgage before it, decided that they were sufficient to give plaintiff possession under the "insecurity clause."

3. REPLEVIN, § 123*—*when evidence sufficient to sustain finding for plaintiff*. Evidence, in an action of replevin, examined and *held* sufficient to support a finding for plaintiff.

